**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action Number 1:20-cv-00569

KYLE A. BENDER, *on behalf of himself*
*And all others similarity situated*,

      Plaintiff,

v.

EVERGREEN PEST SOLUTIONS, LLC,

      Defendant.

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Kyle A. Bender ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant Evergreen Pest Solutions, LLC, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 20th day of October 2020.

                                                      Respectfully submitted,

                                                      *s/ Marwan R. Daher*
                                                      Marwan R. Daher
                                                      Sulaiman Law Group, Ltd.
                                                      2500 S. Highland Avenue, Suite 200
                                                      Lombard, IL 60148
                                                      Phone: (630) 575-8181
                                                      mdaher@sulaimanlaw.com
                                                      *Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Marwan R. Daher*
Marwan R. Daher
