# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00569-WJM-KMT

KYLE A. BENDER, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

EVERGREEN PEST SOLUTIONS, LLC,

    Defendant.

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME Plaintiff, Kyle A. Bender ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendant, Evergreen Pest Solutions, LLC, and pursuant to FRCP 41, submit this Stipulation of Dismissal with prejudice, and in support state:

1. Pursuant to settlement, Plaintiff dismisses his individual claims with prejudice;
2. Pursuant to this Stipulation of Dismissal, the parties stipulate that each party shall bear its own costs and attorneys' fees; and
3. The claims of putative class members shall be dismissed without prejudice.

Dated: November 16, 2020                                         Respectfully Submitted,

**KYLE A. BENDER**                                                    **EVERGREEN PEST SOLUTIONS, LLC**

*/s/ Marwan R. Daher*                                               */s/ Dennis J. Bartlett (with consent)*
Marwan R. Daher                                                       Dennis J. Bartlett
*Counsel for Plaintiff*                                                  *Counsel for Defendant*
Sulaiman Law Group, Ltd.                                         Brosseau Bartlett Lieberman, LLC
2500 S. Highland Ave., Ste. 200                               6455 S. Yosemite St, Ste. 750
Lombard, Illinois 60148                                             Greenwood Village, Colorado 80111
Phone: (630) 575-8181                                              Phone: (303) 515-2481
mdaher@sulaimanlaw.com                                      dennis@bbl.law

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Marwan R. Daher*
Marwan R. Daher